USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 11, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *et al.*, *ex rel.* CHRIS PURCELL and KIMBERLY GROOME.<br><br>Plaintiffs,<br><br>v.<br><br>**GILEAD SCIENCES, INC.**,<br><br>Defendant. | Misc. Case No.: 1:21-mc-00177<br><br>Issuing Case No: 2:17-cv-03523MAK (E.D. PA) |

### [PROPOSED] ORDER WITHDRAWING MOTION TO COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENA WITHOUT PREJUDICE

Having considered Relators' Notice of Withdrawal of the Motion to Compel Compliance with Third-Party Subpoena, it is hereby ORDERED that Relators' Motion to Compel Compliance with Third-Party Subpoena is WITHDRAWN and terminated without prejudice to refile.

**IT IS SO ORDERED.**

Date: March 11, 2021

*[signature]*

Hon. Andrew L. Carter, Jr.
United States District Court Judge